**Opinion issued June 29, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00108-CV

———————————

## IN THE INTEREST OF D.A.M., A CHILD

———

**On Appeal from the 253rd District Court**
**Chambers County, Texas**
**Trial Court Case No. 21-DCV-0572**

———

## MEMORANDUM OPINION

Appellants, Rick and Alice Smart, have neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No.

15-9158 (Tex. Aug. 28, 2015). On March 9, 2023, appellants were notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by April 10, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Further, appellants have not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On February 24, 2023, appellants were notified that this appeal was subject to dismissal if appellants did not submit written evidence that they had paid or made arrangements to pay the fee for the preparation of the clerk's record by March 27, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.